PROB 22 (Rev. 2/88)

**SA11CR0730**

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 2:04CR00007-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>JASON AARON HOWELL<br>SAN ANTONIO, TEXAS | DISTRICT<br>EASTERN DISTRICT OF TEXAS | DIVISION<br>TYLER |
| | NAME OF SENTENCING JUDGE<br>T. JOHN WARD, U.S. DISTRICT JUDGE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/15/2008 — TO 09/14/2013 |
| OFFENSE<br>CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE, IN VIOLATION OF 21U.S.C. § 846 | | |

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS AUG 19 2011 DAVID J. MALAND, CLERK BY DEPUTY

FILED AUG 30 2011 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the WESTERN DISTRICT OF TEXAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/07/11
*Date*

T. John Ward
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS AUG 24 2011 DAVID J. MALAND, CLERK BY DEPUTY

8/8/11
*Effective Date*

*United States District Judge*

AO 245B (Rev. 03/03) Sheet 1 - Judgment in a Criminal Case

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 15 2004
DAVID J. MALAND, CLERK

# United States District Court
## EASTERN DISTRICT OF TEXAS
Marshall

UNITED STATES OF AMERICA
vs.
JASON AARON HOWELL

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: **2:04CR00007-001**

**ALEX SCHARFF**
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s): **Count 1 of the Information**

pleaded nolo contendere to count(s) ______ which was accepted by the court.

was found guilty on count(s) ______ after a plea of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense(s)

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE | 11/11/2003 | 1 |

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BY: S Moore

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on count(s): ______

X Count(s) **All remaining counts** are dismissed on motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court or United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment: **11/03/2004**

T. John Ward
Signature of Judicial Officer

**T. JOHN WARD**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

November 9, 2004
Date

Defendant: **JASON AARON HOWELL**
Case No: **2:04CR00007-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **70 months**

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommnneds that the defendant be placed in FCI, Big Springs, Texas, if eligible.**

**The Court recommends that the defendant be placed in the 500-hour drug program, if eligible.**

X The defendant is remanded to the custody of the United States Marshal.
The defendant shall surrender to the United States Marshal for this district.

at _____ **a.m./p.m** on ________________ .

as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

before 2 p.m. on ________________ .

as notified by the United States Marshal.

as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________ to ______________________________ at

______________________________ with a certified copy of this judgment.

______________________
United States Marshal

______________________
By: Deputy U.S. Marshal

Defendant: JASON AARON HOWELL

Judgment - Page 3 of 5

Case No: 2:04CR00007-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vacation, or is a student, as directed by the probation officer. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the following standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional terms on the attached page. **See additional terms on next page(s)...**

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;

4) The defendant shall support his or her dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or paraphenalia related to such substances, except as prescribed by a physician;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation or any contraband observed in plain view by the probation officer;

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court; and

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: JASON AARON HOWELL
Case No: 2:04CR00007-001

## Additional Terms of Supervised Release

**The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.**

**The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring his ability to obtain and maintain lawful employment.**

Defendant: **JASON AARON HOWELL**

Case No: **2:04CR00007-001**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6.

| | Assessment | Fine | Total Restitution |
|---|---|---|---|
| **Totals:** | 100.00 | 0.00 | 0.00 |

The determination of restitution is deferred until ________________ . An *Amended Judgment in a Criminal Case* AO 245C will be entered after such determination.

The defendant shall make restitution (including community restitution)to the following victims in the amounts listed below:

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **Totals:** | | 0.00 | |

If applicable, restitution amount ordered pursuant to plea agreement ___0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 6 may be subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

The interest requirement is waived for the fine and/or restitution

The interest requirement for the fine and/or restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of the Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Defendant: **JASON AARON HOWELL**
Case No: **2:04CR00007-001**

Judgment - Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties shall be as follows:

A X Lump sum payment of at least **$100.00** due immediately, balance due
not later than ______________ ; or
in accordance with C, D, E, or F below; or

B Payment to begin immediately (may be combined with C, D, E, or F below); or

C Payment in ______________ *(e.g. equal, weekly, monthly, quarterly)* installments of at least **$0.00** over a period of ______________ (e.g. months or years) to commence __________ (e.g. 30 or 60 days) after the date of this judgment; or

D Payment to begin immediately. Any amount that remains unpaid when the defendant is placed on supervision is to be paid on a monthly basis at the rate of at least 10% of the defendant's monthly gross income, to be changed during supervision if needed, based on the defendant's changed circumstances, pursuant to 18 U.S.C. 3664(k).

E Payment in ______________ *(e.g. equal, weekly, monthly, quarterly)* installments of at least **0.00** over a period of ______________ (e.g. months or years) to commence __________ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

F Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalty payments are to be made to the U.S. District Court, Fine & Restitution Section, P.O. Box 570, Tyler, TX 75710, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility
The defendant will receive credit for all payments made toward any criminal monetary penalties imposed

Joint and Several

The defendant shall pay the cost of prosecution:

The defendant shall pay the following court costs:

The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) community restitution; (6) fine interest; (7) penalties; (8) cost, including cost of prosecution and court costs.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR - 6 2004
DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 2:04CR 7 |
| | * | Judge Ward |
| JASON AARON HOWELL | * | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count 1**

Violation: Title 21, United States Code, Section 846 (Conspiracy to possess with intent to distribute, and to distribute methamphetamine)

Beginning on a date unknown, and continuing until at least November 11, 2003, in Morris County, Texas, within the Eastern District of Texas, and elsewhere, the Defendant, JASON AARON HOWELL, did knowingly and willfully combine, conspire, and agree with others, known and unknown, to possess with intent to distribute, and to distribute, more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: J Moore

**Count 2**

Violation: Title 21, United States Code, Section 841(a) (Possession with intent to distribute methamphetamine)

On or about the 11th day of November, 2003, in Morris County, Texas, within the Eastern District of Texas, the Defendant, JASON AARON HOWELL, did knowingly and intentionally possess with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1), and Title 18, United States Code, Section 2.

**Count 3**

Violation: Title 18, United States Code, Section § 924(c)(1) (Possession of firearm during drug trafficking crime)

On or about the 11th day of November, 2003, in Morris County, in the Eastern District of Texas, JASON AARON HOWELL, Defendant herein, knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: possession of methamphetamine with intent to distribute, and, in furtherance of said crime, possessed a firearm, to-wit, a Glock 19, 9mm semi-automatic pistol, bearing serial number DR 291 US, in violation of Title 18, United States Code, Section 924(c)(1).

**Count 4**

Violation: Title 18, United States Code, Section § 924(c)(1) (Possession of firearm during drug trafficking crime)

On or about the 11th day of November, 2003, in Morris County, in the Eastern District of Texas, JASON AARON HOWELL, Defendant herein, knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: possession of methamphetamine with intent to distribute, and, in furtherance of said crime, possessed a firearm, to-wit, a Llama .40 caliber, semi-automatic pistol, bearing serial number C04317, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

[signature]
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

[signature]
ALAN R. JACKSON
Assistant U. S. Attorney

4/6/04
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO. 2:04CR_____ |
| | * | |
| JASON AARON HOWELL | * | |

## NOTICE OF PENALTY

### Count 1

Violation: 21 U.S.C. § 846 (conspiracy to possess with intent to distribute, and to distribute, methamphetamine)

Penalty: If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine - not more than 20 years' imprisonment, a fine not to exceed $1 million, or both - supervised release of at least 3 years, 21 U.S.C. 841(b)(1)(B)

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine - not less than 5 years' or more than 40 years' imprisonment, a fine not to exceed $2 million, or both - supervised release of at least 4 years, 21 U.S.C. 841(b)(1)(B)

Special Assessment: $100.00

### Count 2

Violation: 21 U.S.C. § 841(a) (possession with intent to distribute methamphetamine)

Penalty: If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine - not more than 20 years' imprisonment, a fine not to exceed $1 million, or both - supervised release of at least 3 years, 21 U.S.C. 841(b)(1)(B)

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine - not less than 5 years' or more than 40 years' imprisonment, a fine not to exceed $2 million, or both - supervised release of at least 4 years, 21 U.S.C. 841(b)(1)(B)

Special Assessment: $100.00

**Counts 3 and 4**

Violation: 18 U.S.C. § 924(c)(1) (Possession of firearm during drug trafficking crime)

Penalty: A fine of not more than $250,000; a term of imprisonment for not less than five (5) years. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

RECEIVED
AUG 30 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Marshall)**
**CRIMINAL DOCKET FOR CASE #: 2:04-cr-00007-TJW-CMC All Defendants**
**Internal Use Only**

Case title: USA v. Howell
Magistrate judge case number: 2:03-mj-00025-CMC

Date Filed: 04/06/2004
Date Terminated: 11/15/2004

Assigned to: Judge T. John Ward
Referred to: Magistrate Judge Caroline Craven

SA11CR0730

**Defendant (1)**

**Jason Aaron Howell**
*TERMINATED: 11/15/2004*

represented by **Alex Joseph Scharff**
Campion & Campion
222 E. Main Plaza
San Antonio, TX 78205
210/227-5161
Fax: 12102291243
Email: ascharff@justice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Craig L Henry**
Attorney at Law
723 Main St
PO Box 3226
Texarkana, TX 75504-3226
903/792-4645
Fax: 19037925073
Email: lawyrntx@aol.com
*TERMINATED: 04/16/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1s) | 70 Months To Serve: Fine Waived: 5 Years Supervised Release: 100.00 Special Assessment |

**Highest Offense Level (Opening)**

Felony

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Dismissed on Motion Of Government |
| NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed On Motion Of Government |
| POSSESSION OF FIREARM DURING DRUG TRAFFICKING (3-4) | Dismissed On Motion Of Government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Title 21, USC, Section 841(a)(1) and Title 18, USC, Section 2 | Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell. |

**Plaintiff**

**USA** represented by **Alan Reeve Jackson**
US Attorney's Office
110 N College
Suite 700
Tyler, TX 75702
903/590-1400
Fax: 9035901439
Email: alan.jackson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2003 | 1 | COMPLAINT as to Jason Aaron Howell, Jeremy Allen Howell (lf)[2:03-mj-00025-CMC] (Entered: 11/19/2003) |
| 11/19/2003 | | arrest WARRANT issued as to Jason Aaron Howell, Jeremy Allen Howell (lf)[2:03-mj-00025-CMC] (Entered: 11/19/2003) |
| 11/19/2003 | 2 | PETITION by Jason Aaron Howell, Jeremy Allen Howell for Writ of Habeas Corpus ad prosequendum (lf)[2:03-mj-00025-CMC] (Entered: 11/19/2003) |

| | | |
|---|---|---|
| 11/19/2003 | 3 | ORDER as to Jason Aaron Howell, Jeremy Allen Howell granting [2-1] petition ( Signed by Magistrate Judge Caroline M. Craven ) OB Ref: (lf) [2:03-mj-00025-CMC] (Entered: 11/19/2003) |
| 11/19/2003 | 4 | MOTION by USA as to Jason Aaron Howell for detention (lf)[2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/19/2003 | 5 | MOTION by USA as to Jason Aaron Howell to continue detention hearing (lf)[2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/21/2003 | | Detention hearing as to Jason Aaron Howell set for 10:00 11/21/03 for Jason Aaron Howell before Magistrate Judge Caroline M. Craven (lf)[2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/21/2003 | 6 | Minutes filed as to Jason Aaron Howell re: Initial Appearance on Complaint held before U. S. Magistrate Judge Caroline M. Craven (Lynn Ford, Eccro) (lf)[2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/21/2003 | 7 | CJA 23 FINANCIAL AFFIDAVIT by Jason Aaron Howell (lf)[2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/21/2003 | 8 | CJA 20 as to Jason Aaron Howell : Appointment of Attorney Craig L Henry Voucher # ( Signed by Magistrate Judge Caroline M. Craven ) (lf)[2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/21/2003 | 9 | Waiver of Preliminary Examination or Hearing by Jason Aaron Howell (lf) [2:03-mj-00025-CMC] (Entered: 11/24/2003) |
| 11/25/2003 | 13 | Minutes filed as to Jason Aaron Howell re: Detention Hearing held before U. S. Magistrate Judge Caroline M. Craven (Lynn Ford, Eccro) (sealed)[2:03-mj-00025-CMC] (Entered: 11/25/2003) |
| 11/25/2003 | 14 | ORDER Setting Conditions of Release as to Jason Aaron Howell ( Signed by Magistrate Judge Caroline M. Craven ) (sealed)[2:03-mj-00025-CMC] (Entered: 11/25/2003) |
| 11/25/2003 | 15 | unsecured BOND entered by Jason Aaron Howell in Amount $ 20,000 Receipt # (sealed)[2:03-mj-00025-CMC] (Entered: 11/25/2003) |
| 01/12/2004 | 16 | MOTION by USA as to Jason Aaron Howell to dismiss (lf)[2:03-mj-00025-CMC] (Entered: 01/12/2004) |
| 01/12/2004 | 17 | ORDER as to Jason Aaron Howell granting [16-1] motion to dismiss as to Jason Aaron Howell (1) ( Signed by Magistrate Judge Caroline M. Craven ) OB Ref: (lf)[2:03-mj-00025-CMC] (Entered: 01/12/2004) |
| 01/12/2004 | | DISMISSAL of Count(s) on Government Motion as to Jason Aaron Howell Complaint dismissed. (lf)[2:03-mj-00025-CMC] (Entered: 01/12/2004) |
| 04/06/2004 | 18 | INDICTMENT as to Jason Aaron Howell (1) count(s) 1, 2, 3-4. (fnt, ) (Entered: 04/07/2004) |
| 04/06/2004 | 19 | Form AO 257 filed as to Jason Aaron Howell (fnt, ) (Entered: 04/07/2004) |
| 04/07/2004 | | Summons Issued as to Jason Aaron Howell "NOTICE OF HEARING" |

| | | |
|---|---|---|
| | | Arraignment set for 4/16/2004 10:00 AM before Magistrate Judge Caroline Craven. Initial Appearance set for 4/16/2004 10:00 AM before Judge T. John Ward. (fnt, ) (Entered: 04/07/2004) |
| 04/16/2004 | 20 | Minute Entry for proceedings held before Judge Caroline Craven :Arraignment as to Jason Aaron Howell (1) Count 1,2,3-4 held on 4/16/2004, Initial Appearance as to Jason Aaron Howell held on 4/16/2004, Added attorney Alex Joseph Scharff for Jason Aaron Howell. Attorney Craig L Henry terminated in case as to Jason Aaron Howell., Plea entered by Jason Aaron Howell (1) Count 1,2,3-4. by Jason Aaron Howell Not Guilty on counts 1 - 4. (Court Reporter Lynn Ford, Eccro.) (lford, ) (Entered: 04/16/2004) |
| 04/16/2004 | 21 | ORDER Setting Conditions of Release as to Jason Aaron Howell (1) . Signed by Judge Caroline Craven on 04/16/04. (lford, ) (Entered: 04/16/2004) |
| 04/16/2004 | 22 | unsecured Bond Entered as to Jason Aaron Howell in amount of $ $20,000.00, (lford, ) (Entered: 04/16/2004) |
| 04/16/2004 | 23 | SCHEDULING ORDER as to Jason Aaron Howell Plea Agreement due by 5/24/2004. Jury Selection set for 6/7/2004 09:00 AM in Ctrm 106 (Marshall) before Judge T. John Ward. Pretrial Conference set for 5/27/2004 10:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward.. Signed by Judge Caroline Craven on 04/16/04. (lford, ) (Entered: 04/16/2004) |
| 04/20/2004 | 24 | Summons Returned Executed on 4/9/04. as to Jason Aaron Howell (fnt, ) (Entered: 04/21/2004) |
| 04/21/2004 | 25 | MOTION to Substitute Attorney by Jason Aaron Howell. (ehs, ) Additional attachment(s) added on 4/22/2004 (ehs, ). (Entered: 04/22/2004) |
| 05/20/2004 | 26 | NOTICE OF HEARING as to Jason Aaron Howell Pretrial Conference previously set for 5/27/04 at 10:30 AM is reset for 5/26/2004 at 02:00 PM before Judge T. John Ward in Marshall, Texas. (mpt, ) (Entered: 05/20/2004) |
| 05/21/2004 | 27 | NOTICE OF HEARING as to Jason Aaron Howell Pretrial Conference previously set for 5/26/2004 is reset for 5/25/2004 02:00 PM before Judge T. John Ward in Marshall, TX. (mpt, ) (Entered: 05/21/2004) |
| 05/24/2004 | 28 | Petition for Action on Conditions of Pretrial Release and ORDER to issue warrant as to Jason Aaron Howell . Signed by Judge Caroline Craven on 5/24/2004. (rvw, ) (Entered: 05/25/2004) |
| 05/24/2004 | 31 | MOTION to Suppress by Jason Aaron Howell. (Attachments: # 1 Text of Proposed Order)(fnt, ) (Entered: 05/28/2004) |
| 05/25/2004 | 29 | Minute Entry for proceedings held before Judge T. John Ward :Pretrial Conference as to Jason Aaron Howell held on 5/25/2004;government announced ready; dft's atty not ready; Court will continue trial until 8/02/04; dft's attorney to prepare motion for continuance and order. (Court Reporter Susan Simmons.) (shd, ) (Entered: 05/25/2004) |
| 05/25/2004 | 30 | NOTICE of Government's Request for Jury Instructions(fnt, ) (Entered: |

| | | |
|---|---|---|
| | | 05/28/2004) |
| 05/25/2004 | 32 | RESPONSE to Motion by USA as to Jason Aaron Howell re 31 MOTION to Suppress (fnt, ) (Entered: 05/28/2004) |
| 06/03/2004 | 33 | MOTION to Continue End of Justice by Jason Aaron Howell. (Attachments: # 1 Text of Proposed Order)(fnt, ) (Entered: 06/07/2004) |
| 06/08/2004 | 34 | ORDER TO CONTINUE - Ends of Justice as to Jason Aaron Howell Time excluded from 6/8/04 until 8/2/04. Pre-Trial conference is scheduled for July 29, 2004 at 10:00 AM in Marshall, TX. IT IS FURTHER ORDERED that the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is Monday, July w26, 2004 at 3:00 PM. Signed by Judge T. John Ward on 8/8/04. (fnt, ) (Entered: 06/08/2004) |
| 06/14/2004 | 35 | ORDER granting 25 Motion to Substitute Attorney Alex Scharff Replacing Craig Henry. as to Jason Aaron Howell (1). Signed by Judge T. John Ward on 6/10/2004. (rvw, ) (Entered: 06/16/2004) |
| 06/22/2004 | 36 | Arrest Warrant Returned Executed on 5/25/2004. as to Jason Aaron Howell. (rvw, ) (Entered: 06/22/2004) |
| 06/28/2004 | 37 | ORDER FOR ISSUANCE OF ARREST WARRANT as to Jason Aaron Howell re: Petition for Action on Conditions of Pretrial Release. . Signed by Judge Caroline Craven on 6/28/04. (mpv, ) (Entered: 06/28/2004) |
| 06/28/2004 | | ARREST Warrant Issued by Caroline Craven as to Jason Aaron Howell. (mpv, ) (Entered: 06/28/2004) |
| 06/28/2004 | | Arrest of Jason Aaron Howell in Southern Dist of TX, San Antonio Div. (mpv, ) (Entered: 07/07/2004) |
| 07/02/2004 | 38 | Rule 5c Documents Received as to Jason Aaron Howell from Southern Dist of TX, San Antonio Div (mpv, ) (Entered: 07/07/2004) |
| 07/29/2004 | 41 | INFORMATION as to Jason Aaron Howell (1) count(s) 1s. (fnt, ) (Entered: 08/03/2004) |
| 07/29/2004 | 42 | ELEMENTS of the Offense by USA as to Jason Aaron Howell (fnt, ) (Entered: 08/03/2004) |
| 07/29/2004 | 43 | Minute Entry for proceedings held before Judge T. John Ward : Alan Jackson appeared for USA; Alex J Scharff appeared for Dft, Howell.Change of Plea Hearing as to Jason Aaron Howell held on 7/29/2004, Plea entered by Jason Aaron Howell (1) Guilty Count 1s of Information. Dft remanded to US Marshal custody (Court Reporter SS.) (fnt, ) Modified on 8/3/2004 (fnt, ). Modified on 8/3/2004 (fnt, ). (Entered: 08/03/2004) |
| 07/29/2004 | | WAIVER OF INDICTMENT by Jason Aaron Howell (fnt, ) (Entered: 08/03/2004) |
| 07/29/2004 | | Plea Agreement Accepted as to Jason Aaron Howell (fnt, ) (Entered: 08/03/2004) |
| 07/29/2004 | 44 | PLEA AGREEMENT filed under Seal as to Jason Aaron Howell (fnt, ) |

| | | |
|---|---|---|
| | | (Entered: 08/03/2004) |
| 07/30/2004 | 39 | WAIVER OF INDICTMENT by Jason Aaron Howell (fnt, ) (Entered: 08/02/2004) |
| 07/30/2004 | 40 | ORDER that the dft be remanded to the custody of the US Marshall Service pending the availability of space at the Starlite Recovery Center for the Dft to be admitted for in-patient treatment or further Order of the Court as to Jason Aaron Howell . Signed by Judge T. John Ward on 7/30/04. (fnt, ) (Entered: 08/02/2004) |
| 09/24/2004 | 46 | Arrest Warrant Returned Executed on 6/28/04, David E Mounsey, DUSM. as to Jason Aaron Howell. (fnt, ) (Entered: 09/28/2004) |
| 09/28/2004 | 45 | Arrest Warrant Returned Executed on 7/22/04, signed by John Moore, USM, David E Maunsey, DUSM E/TX. as to Jason Aaron Howell. (fnt, ) (Entered: 09/28/2004) |
| 10/14/2004 | 47 | NOTICE OF HEARING as to Jason Aaron Howell Sentencing set for 11/3/2004 1:00 PM before Judge T. John Ward in Marshall, TX.(shd, ) (Entered: 10/14/2004) |
| 10/14/2004 | 48 | NOTICE OF HEARING as to Jason Aaron Howell Sentencing set for 11/3/2004 at 1:00 PM before Judge T. John Ward in Marshall, TX.(shd, ) (Entered: 10/15/2004) |
| 11/03/2004 | 49 | Minute Entry for proceedings held before Judge T. John Ward : Richard Moore for USA, Alex Scharff for Dft,Sentencing held on 11/3/2004 for Jason Aaron Howell (1), Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.; Count(s) 1, Dismissed on Motion Of Government; Count(s) 1s, 70 Months To Serve: Fine Waived: 5 Years Supervised Release: 100.00 Special Assessment; Count(s) 2, 3-4, Dismissed On Motion Of Government. (Court Reporter S Simmons.) (rvw, ) (Entered: 11/15/2004) |
| 11/03/2004 | 50 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jason Aaron Howell (rvw, ) (Entered: 11/15/2004) |
| 11/15/2004 | 51 | JUDGMENT as to Jason Aaron Howell (1), Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.Dismissal of complaint against Jason Howell.; Count(s) 1, Dismissed on Motion Of Government; Count(s) 1s, 70 Months To Serve: Fine Waived: 5 Years Supervised Release: 100.00 Special Assessment; Count(s) 2, 3-4, Dismissed On Motion Of Government . Signed by Judge T. John Ward on 11/9/2004. (rvw, ) (Entered: 11/15/2004) |
| 01/24/2005 | 52 | Judgment Returned Executed as to Jason Aaron Howell on 1/8/05. (mpv, ) (Entered: 01/24/2005) |
| 06/01/2005 | 53 | SPECIAL ASSESSMENT PAID in full on 6/1/05 by Jason Aaron Howell. Receipt #via BOP. (bsp) (Entered: 05/03/2006) |
| 08/19/2011 | 54 | Probation Jurisdiction Transferred to Western District of Texas as to Jason Aaron Howell Transmitted Transfer of Jurisdiction form, with certified |

| | | |
|---|---|---|
| | | copies of indictment, judgment and docket sheet. (sm, ) (Entered: 08/24/2011) |