PROB 35
)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
DEC 21 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

UNITED STATES OF AMERICA

v.

Jason Aaron Howell

Crim. No. SA-11-CR-730 XR

On November 3, 2004, the above named Defendant was sentenced in the above numbered cause to 70 months custody and 5 years supervised release for the offense of Conspiracy to Distribute Methamphetamine, in violation of Title 21 U.S.C. § 846. On September 15, 2008, the Defendant released from federal custody and began service of the term of supervised release which was scheduled to be in effect until September 14, 2013. The probation officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18 United States Code § 3583(e)(1), the U.S. Probation Officer recommends that the supervised releasee be discharged from supervision.

Respectfully submitted,

for Virginia Verdin
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

Dated this 21st day of December, 2012

Honorable Xavier Rodriguez
United States District Judge